JS - 6

FILED
CLERK, U.S. DISTRICT COURT

DEC 11, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Starr Surplus Lines Insurance Company,* | CASE NO. CV 15-6097-GHK (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Travelers Indemnity Company, et al.* | |
| Defendants. | |

    Pursuant to the Court's December 11, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

    **IT IS SO ORDERED**.

DATED: December 11, 2015

_____
GEORGE H. KING
Chief United States District Judge